ACCEPTED
01-14-00552-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/10/2015 2:32:31 PM
CHRISTOPHER PRINE
CLERK

No. 01-14-00552-CV

\* \* \*

IN THE COURT OF APPEALS
FIRST COURT OF APPEALS DISTRICT
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/10/2015 2:32:31 PM
CHRISTOPHER A. PRINE
Clerk

\* \* \*

## MARIBEL AMBRIZ MARTINEZ, GUADALUPE MOTA, AND ROSA NELLY TREVINO,
*Appellants,*

**v.**

## ALFREDO GONZALEZ,
*Appellee.*

\* \* \*

On Appeal from the 365th Judicial District Court
of Maverick County, Texas

\* \* \*

## APPELLANTS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

TO THE HONORABLE FIRST COURT OF APPEALS:

MARIBEL AMBRIZ MARTINEZ, GUADALUPE MOTA, and ROSA NELLY TREVINO, Appellants in this matter, respectfully file this motion requesting an extension of time to file their reply brief in this cause. By this motion, Appellants seek an extension of 21 days from the current due date of April 15, 2015 to May 6, 2015. Counsel for Appellee does not oppose the relief sought by this motion.

## I.

Following two extensions of time, Appellants filed their brief on December 5, 2014. Appellee likewise received two extensions of time to file his brief and filed that brief on March 6, 2015. Appellants have previously filed one motion for extension of time -- and were granted an additional 20 days -- to file their reply brief, which is presently due to be filed on or before April 15, 2015.

## II.

In the time preceding the due date for Appellants' reply brief, the undersigned has had the following commitments that have prevented immediate work on the brief and its completion by the current deadline. Those commitments include, but are not limited to, the following:

(1) legal research concerning post-verdict motions and potential appellate issues in *Marshall v. Catholic Health Initiatives, Inc.*, Civil Action No. 11-CI-00972, in the 27th Judicial Circuit, Laurel Circuit Court Division II, of the Commonwealth of Kentucky by March 31, 2015;

(2) preparing responses to multiple motions for summary judgment by April 2, 2015 in Cause No. 2014-CVT000757-D3, *Trevino,*

*et al. v. Union Pumping, L.P., et al.*, pending in the 341st Judicial District Court of Webb County, Texas;

(3)    extensive legal research to facilitate revision of pleadings and discovery in Cause No. 13-2531, *Carlton v. Media Nation Outdoor, LLC, et al.*, in the 22nd Judicial District Court of Hays County, Texas by April 9, 2015; and

(4)    family and religious commitments over the extended Holy Week holiday (April 3, 2015 through April 5, 2015).

## III.

In light of the foregoing, Appellants respectfully request a 21-day extension of time, from April 15, 2015 to May 6, 2015, to file their reply brief.

## IV.

This extension is not sought for purposes of delay.  It is requested because of the above-mentioned circumstances, along with the regular interruptions of a busy law practice.

WHEREFORE, PREMISES CONSIDERED, Appellants Maribel Ambriz Martinez, Guadalupe Mota, and Rosa Nelly Trevino respectfully request that this motion be granted and that the time for filing their

brief be extended by 21 days from April 15, 2015 to May 6, 2015.

Appellants also respectfully pray for such other and further relief to which they may be entitled.

Respectfully submitted,

WATTS GUERRA, LLP
Michael J. Murray
State Bar No. 24007721
mmurray@wattsguerra.com
Francisco Guerra IV
State Bar No. 00796684
fguerra@wattsguerra.com
Shalimar S. Wallis
State Bar No. 24033191
swallis@wattsguerra.com
300 Convent Street, Suite 100
San Antonio, Texas  78205
(210) 527-0500 (telephone)

LAW OFFICE OF MICHAEL MILLER
Michael Miller
State Bar No. 00788060
mmiller@michaelmillerlaw.com
926 Chulie Drive
San Antonio, Texas  78216
(210) 225-6666 (telephone)

 /s/ Michael J. Murray        .
Michael J. Murray

ATTORNEYS FOR APPELLANTS

## CERTIFICATE OF CONFERENCE

Pursuant to Texas Rule of Appellate Procedure 10.1(a)(5), on April 10, 2015, the undersigned conferred with Ms. Elizabeth Conry Davidson, attorney for Appellee. Ms. Davidson advised that Appellee does not oppose the relief Appellants seek by this motion.

/s/ Michael Murray            .<br>
Michael J. Murray

## CERTIFICATE OF SERVICE

I certify that the foregoing document was electronically filed with the Clerk of the Court using the electronic filing system of the Court.  I also certify that a true and correct copy of the foregoing was served via e-service or e-mail on the following counsel of record on April 10, 2015:

| | |
|---|---|
| Carl J. Kolb | Elizabeth Conry Davidson |
| CARL J. KOLB, P.C. | Attorney at Law |
| 926 Chulie Drive | 926 Chulie Drive |
| San Antonio, Texas  78216 | San Antonio, Texas  78216 |

*Counsel for Appellee Alfredo Gonzalez*

/s/ Michael J. Murray            .<br>
Michael J. Murray